UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        Petitioner,

v.

MICHELE GENDREAU,

        Taxpayer Respondent.

**ORIGINAL**

**12 MISC 0 0 3 0 3**

**ORDER TO SHOW CAUSE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/12

NOTICE: THIS IS A COURT ORDER WHICH REQUIRES YOU TO APPEAR IN PERSON IN ROOM 6B, UNITED STATES COURTHOUSE 500 PEARL STREET, NEW YORK, NEW YORK 10007, AT 10:00 A.M. ON OCTOBER 9, 2012

    Upon the Petition, together with the exhibits annexed thereto, including the declaration of Revenue Agent Hiroaki Kobayashi of the Internal Revenue Service ("IRS"), the declaration of Revenue Agent Paul C. Levinson of the IRS and upon the petition of the United States of America, by its attorney, Preet Bharara, United States Attorney for the Southern District of New York, it is hereby

    ORDERED, that respondent Michele Gendreau ("Respondent") appear before the United States District Court for the Southern District of New York, United States Courthouse, 500 Pearl Street, New York, New York, in Part One, Room 6B, on October 9, 2012 at 10:00 A.M., to show cause why Respondent should not be compelled to testify and produce the books, records, and other papers demanded in the IRS summons that was issued on September 19, 2011, and annexed to the Petition as Exhibit 2, and it is further

    ORDERED, that a copy of this Order and the Petition, together with the annexed exhibits, be served upon Respondent by the United States Marshal or, in the alternative, by any authorized Government official, or any person hired by the Government to serve process in

accordance with Fed. R. Civ. P. 4 or state law for service of a summons and complaint on or before September 28, 2012; and it is further

ORDERED, that within ten (10) days after service upon Respondent of a copy of this Order, together with the Petition and the exhibits annexed thereto, Respondent, as well as any and all intervening parties, shall serve and file a written response, if any, to the Petition, supported by appropriate affidavit(s), as well as any motions they desire to make. All motions and issues raised by the Petition will be considered on the return date of this Order. Only those issues raised by motion or brought into controversy by the response hereto, if any, including any required supporting affidavits, will be considered at the return date of this Order, and any uncontested allegation in the Petition will be considered admitted.

Dated: New York, New York
       September 5, 2012

_September 11, 2012_     _____
                                          UNITED STATES DISTRICT JUDGE
                                                       (PART I)